UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTIE GILL,

       Plaintiff,                         Case No. 14-cv-10270
                                         Hon. Matthew F. Leitman

v.

DETROIT PUBLIC SCHOOLS et al.,

       Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

On October 1, 2013, Plaintiff Altie Gill ("Gill"), as next friend of minor Joseph Gill, filed suit against Defendants in the Wayne County Circuit Court. (*See* Complaint, ECF #1 at 5-18.) Defendants removed the action to this Court on January 21, 2014. (*See* ECF #1.)

On August 5, 2014, the Court ordered Gill, by no later than August 15, to provide certain discovery responses and completed medical record releases to Defendants. During an August 15 telephonic status conference, Gill's counsel acknowledged that Gill had still not provided Defendants with the requested releases. The Court then directed Gill – for a second time – to provide the completed releases to Defendants no later than August 18, 2014. (*See* Docket.)

Gill again failed to comply with the Court's direction and did not provide the releases to Defendants. As a result, on August 25, 2014, the Court entered an

1

Order to Show Cause.  (*See* ECF #32.)  In this Order, Gill was ordered to show cause, in writing, by no later than September 2, 2014, "why the instant action should not be dismissed for failure to comply with the Court's orders to provide the medical releases." (*Id.* at 2, Pg. ID 201.)  The Court also informed Gill that, in the alternative, she could provide the Court written proof by September 2, 2014, "that the necessary, fully-executed release forms have been delivered to Defendants' counsel." (*Id.* at 2-3, Pg. ID 201-202.)  The Court specifically warned Gill that "[f]ailure to comply with this Order will likely result in dismissal of the Complaint." (*Id.*)

Gill has ignored the Court's Order to Show Cause and has filed no response to that Order.  Gill has also not provided the Court any evidence that she has complied with the Court's repeated orders to provide completed releases to Defendants.  The Court finds that Gill's refusals are willful and that Defendants have suffered prejudice.  Therefore, as it warned Gill in the Order to Show Cause, the Court now **DISMISSES** Gill's Complaint **WITH PREJUDICE**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 3, 2014

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 3, 2014, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113